Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Grzegorz Stepinski
5930 West 88th Place
Oak Lawn, IL 60453
SSN: xxx–xx–7367 EIN: N.A.

Case No. :   14–27767
Chapter :   13
Judge :   A. Benjamin Goldgar

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:
Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient:

- ☐ Petition 1st 3 pages
- ☐ Exhibit D
- ☐ Statement of Social Security Numbers
- ☐ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Fees Due
- ☐ Application and Order to Pay Filing Fees in Installments
- ☐ Certification of Relatedness (applicable to related cases)
- ☑ Declaration re Electronic Filing of Petition and Accompanying Documents

For additional information, please access the court's website at
http://www.uscourts.gov/uscourts/FormsAndFees/Forms/Bankruptcy/B_200.pdf . Bankruptcy Forms/Part II – Procedural Forms and Instructions and select B 200, Required List, Schedules, Statements and Fees.

If you are represented by an attorney, please contact your attorney for guidance.
If you have any questions about the deficiency, please call 312–408–5000.

FOR THE COURT

Dated: July 31, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Grzegorz Stepinski
    Debtor

Case No. 14-27767-ABG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dsirmons     Page 1 of 1     Date Rcvd: Jul 31, 2014
                       Form ID: def      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2014.
db         +Grzegorz Stepinski,    5930 West 88th Place,    Oak Lawn, IL 60453-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2014                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2014 at the address(es) listed below:
               Marilyn O Marshall     courtdocs@chi13.com
               Nicholas C Kefalos     on behalf of Debtor Grzegorz   Stepinski nkefalos@vernormoran.com,     G4641@notify.cincompass.com
               Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 3