01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Grzegorz Stepinski ) Chapter 13
) Bankruptcy Case No. 14-27767
)
)
Debtor(s) )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A.  [To be completed in all cases]

I (We), Grzegorz Stepinski and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.  [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Grzegorz Stepinski
Printed or Typed Name of Debtor or Representative

Printed or Typed Name of Joint Debtor

/s/ Stepinski
Signature of Debtor or Representative

Signature of Joint Debtor

07/30/14
Date

Date