Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Grzegorz Stepinski
5930 w 88th,
Oak Lawn, IL 60453
SSN: xxx−xx−7367 EIN: N.A.

Case No. :   13−31072
Chapter :   7
Judge :   Timothy A. Barnes

---

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: November 25, 2013

Kenneth S. Gardner, Clerk
United States Bankruptcy Court